NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SARAH DOUTHIRT,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D17-116
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
                                         )
_____    )

Opinion filed December 7, 2018.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

Lee M. Pearlman of The Law Offices of
Denmon Pearlman, St. Petersburg, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

          Affirmed.


LaROSE, C.J., and BLACK and SALARIO, JJ., Concur.